**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-12869

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

PEDRO BAILON,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:17-cr-80061-KAM-1

_____

Before BRANCH, LUCK, and LAGOA, Circuit Judges.

PER CURIAM:

Pedro Bailon seeks to appeal the district court's denial of his motion for a sentence reduction. The only issue briefed by Bailon and therefore before us is the district court's finding that Bailon was

2                    Opinion of the Court                    25-12869

not entitled to a sentence reduction pursuant to Federal Rule of Criminal Procedure 35. *Timson v. Sampson*, 518 F.3d 870, 874 (11th Cir. 2018) (explaining that issues not briefed by a pro se litigant are deemed abandoned). Because the district court has now granted the government's Rule 35 motion and reduced Bailon's sentence, this appeal is moot, and we lack jurisdiction to review the district court's order. *United States v. Alhindi*, 124 F.4th 869, 873 (11th Cir. 2024) (explaining that a court must dismiss an appeal if it is impossible to grant an appellant effectual relief), *cert. denied*, 145 S. Ct. 1949 (2025).

The government's motion to dismiss this appeal as moot is GRANTED, and this appeal is DISMISSED.